UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KATHLEEN A STAUFFER,
BADGER MUTUAL INSURANCE COMPANY,

        Plaintiffs,

    v.
                                      Case No. 20-cv-1258-bhl

MILLS FLEET FARM LLC, et al.,

        Defendants.

---

## ORDER REMANDING CASE

---

At a December 15, 2020 status conference, counsel for plaintiffs moved to dismiss with prejudice the only federal cause of action in this case: plaintiffs' claims under the Magnuson-Moss Warranty Act. The Court granted the motion, declined to exercise its discretionary supplemental jurisdiction on the remaining state law claims pursuant to 28 U.S.C. §1367(c)(3), and remanded the case to Forest County Circuit Court. Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' claim under the Magnuson-Moss Warranty Act is DISMISSED with prejudice.

**IT IS FURTHER ORDERED** that this case be remanded to Forest County Circuit Court pursuant to 28 U.S.C. §1447(c). The Clerk is directed to send a certified copy of this Remand Order and a certified copy of the docket to the Clerk of Forest County Circuit Court.

Dated at Milwaukee, Wisconsin on December 16, 2020.

                                                      s/ Brett H. Ludwig
                                                      BRETT H. LUDWIG
                                                      United States District Judge